# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN CRUMP, | \| | |
| | \| | No. 2:07 CV 01582 AWT |
| Petitioner, | \| | |
| | \| | JUDGMENT |
| v. | \| | |
| | \| | |
| TOM CAREY, et al., | \| | |
| | \| | |
| Respondent. | \| | |
| _____ | \| | |

Pursuant to the Order of Dismissal, signed and filed concurrently with this

Judgment,

   **IT IS ADJUDGED** that the petition for writ of habeas corpus and this

action are hereby **DISMISSED.**

Dated:  August 10, 2009.


      */s/ A. Wallace Tashima*
United States Circuit Judge
Sitting by designation.